# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

## OFFENSE CHARGED

18 USC s 922(g)(1)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
15 years' imprisonment
$250,000 fine
3 years' supervised release
$100 special assessment
Forfeiture

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

### DEFENDANT - U.S

▶ JOSHUA PITTMAN

**DISTRICT COURT NUMBER**
CR24-00592 HSG

**FILED**
Dec 03 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**SHOW DOCKET NO.**
21-cr-0251 JSW

**MAGISTRATE CASE NO.**
24-mj-71569

**Name and Office of Person Furnishing Information on this form**
ISMAIL J. RAMSEY
☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**
Kevin J. Barry

### IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending... If not detained give date any prior summons was served on above
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☒ NO PROCESS*    ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

CR24-00592 HSG

---

UNITED STATES OF AMERICA,

V.

JOSHUA PITTMAN

```
FILED

Dec 03 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

DEFENDANT(S).

---

## INDICTMENT

Title 18, United States Code,
Section 922(g)(1)

A true bill.

/s/ Foreperson of the Grand Jury
                                        Foreman

Filed in open court this __3__ day of

_December, 2024_.

                                        Brenda Lopez
                                        Clerk

Sallie Kim

Bail, $ No Process

Hon. Sallie Kim, U.S. Magistrate Judge

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

FILED

Dec 03 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA PITTMAN,<br><br>    Defendant. | CASE NO. CR24-00592 HSG<br><br>VIOLATION:<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;<br>18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

# INDICTMENT

The Grand Jury charges:

COUNT ONE:         (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about June 28, 2024, in the Northern District of California, the defendant,

JOSHUA PITTMAN,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Glock Model 22, bearing serial number AGRN886, and the firearm was in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

FORFEITURE ALLEGATION:   (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

JOSHUA PITTMAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

    a.    Glock Model 22, serial number AGRN886; and

    b.    ammunition loaded within that firearm, seized on June 28, 2024.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

1  All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: December 3, 2024                                A TRUE BILL.


_____/s/_____
FOREPERSON
San Francisco, California

ISMAIL J. RAMSEY
United States Attorney


__/s/ *Kevin J. Barry*_____
KEVIN J. BARRY
Assistant United States Attorney

INDICTMENT                                3