UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTE ORDER**

**DATE**: April 28, 2026                          **TIME IN COURT**: 26 Minutes

**JUDGE**:  JEFFREY S. WHITE

**COURTROOM DEPUTY**: Nicole Hall          **COURT REPORTER**: Stephen Franklin
                                                                                    Via zoom.

**CASE NO.**:  21-cr-00251-JSW-1
                       24-cr-00592-JSW-1

**TITLE**:  United States of America          v.          Joshua Pittman
                                                                          ☒ **Present**    ☐ **Not Present**    ☒ **In-Custody**

**U.S. ATTORNEY**:                                         **DEFENSE COUNSEL**:
Kevin Barry                                                    Richard Tamor

**PROBATION**:
Xitlalli Bobadilla (21-cr-251)
Brian Casai (24-cr-592)

**PROCEEDINGS**

**REASON FOR HEARING**: Disposition re Supervised Release Violation and Sentencing-HELD. The parties discuss the Pre-Sentence Report. Defense counsel raises an objection to the additional relevant conduct listed in paragraph 12-13 of the Pre-Sentence Report (24-592). The Court GRANTS defense counsel's request and orders paragraph 12-13 stricken from the Pre-Sentence Report.

       **(21-cr-00251)** Disposition hearing held. The term of Supervised Release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 24 months to run consecutive with the sentence imposed in 24-cr-00592; no supervised release to follow.

       **(24-cr-00592)** Sentencing hearing held. The defendant is committed to the custody of the Bureau of Prisons for a term of 57 months; 3 years of supervised release with all standard and special conditions as stated on the record; $100 special assessment; fined waived.

The Court recommends that the defendant is designated to a facility as close to the Bay Area as possible to facilitate family visits.

**The following property shall be forfeited to the United States:**
   1. A Glock Model 22, serial number AGRN886; and the ammunition loaded within the firearm, seized on June 28, 2024.